IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON HARRY STODDARD, | No. CIV S-04-1517-FCD-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding pro se, filed this action on August 2, 2004. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On October 21, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(d),

1

1 service of documents at the record address of the party is fully effective.

2       The court has reviewed the file and finds the findings and recommendations to be
3 supported by the record and by the magistrate judge's analysis.

4       Accordingly, IT IS HEREBY ORDERED that:

5       1.    The findings and recommendations filed October 21, 2005, are adopted in
6 full;

7       2.    This action is dismissed for lack of prosecution and failure to comply with
8 court orders and rules; and

9       3.    The Clerk of the Court is directed to enter judgment and close this file.

10 DATED:December 1, 2005

12       /s/ Frank C. Damrell Jr.
      FRANK C. DAMRELL JR.
13       United States District Judge